IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane Doe, | |
| Plaintiff(s), | Case No. 22-cv-01032 |
| v. | Judge John F. Kness |
| University Of Chicago, *et al.*, | |
| Defendant(s). | |

## **ORDER**

Telephonic initial status hearing is set for 3/30/2022 at 10:40 AM. Consistent with Rule 26(f) of the Federal Rules of Civil Procedure, the parties are directed to meet and conduct a planning conference in advance of the initial status hearing. No later than seven days before the status hearing, the parties shall jointly complete and file on the docket a report that provides the information required by the Court's model Joint Initial Status Report, which can be found at https://www.ilnd.uscourts.gov/judge-info.aspx?Iu9/vqz23r5X7AkWx/nLtg== (see link entitled "Joint Initial Status Report"). If all Defendants have not yet been served or have not yet responded to requests to draft the required Joint Initial Status Report, Plaintiff must file the report on its own and must inform the Court of that circumstance. The parties are to use the following call-in number: 888-684-8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking.

SO ORDERED.

Date: March 1, 2022

_____
JOHN F. KNESS
United States District Judge