

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Jane Doe

    -against-                                                                                               22-CV-1032

University of Chicago et al

MOTION TO SEAL
DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE THE JOINT INTIAL STATUS REPORT
DATED JUNE 8, 2022

1. I request that this court please seal Defendants' Motion For Extension Of Time To File The Initial Joint Status Report dated Wednesday, June 8, 2022.

2. In this motion, Defendants stated my religion, which is identifying information.

3. On Thursday, June 9, when I reviewed the motion and saw this, I immediately contacted opposing counsel about this disclosure. Opposing counsel agreed to get back to me the following day about what could be done.

4. During our conversation, I also stated that I would contact this court for advice given that I am *pro se*, am only entitled to an appointment with a volunteer lawyer with the Hibbler Memorial Pro Se Program ("Hibbler") every 30 days depending on availability, and cannot get another appointment with a Hibbler lawyer for at least three weeks or so.

5. On Friday, June 10, I did not hear from opposing counsel.

6. That day, I contacted this court's clerk's office. This person I spoke with suggested that I file a motion to seal Defendants' motion and that I contact the courtroom deputy, here Enjoli Fletcher. I called Ms. Fletcher but was sent to voicemail. I also emailed Ms. Fletcher about this matter but did not receive a response.

7. For professional and personal reasons, including my religious observance, I was unable to draft this motion until this weekend.

8. Having no guidance, I do not know if I drafted this correctly. If I have not, I ask that this court please tell me what mistakes I made and give me the opportunity to fix them.

June 12, 2022 /s/ Jane Doe
_____   _____
Dated Signature

Jane Doe
Grace Station
229 E 85th St
PO Box 117
New York, NY 10028
646.416.1853