## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jane Doe
                          Plaintiff,

v.                                           Case No.: 1:22–cv–01032
                                                          Honorable John F. Kness

University Of Chicago, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2022:

      MINUTE entry before the Honorable John F. Kness: Defendants' Unopposed Motion for extension of time to file [23] is granted. The joint initial status report must be filed on or before 6/15/2022. Plaintiff's motion to seal [25] is denied without prejudice to later renewal. Plaintiff has not provided any legal or other analysis showing why the presumption that court filings should be publicly available is overcome by Defendants' oblique reference to religious holidays. This is especially so given that Plaintiff herself noted she was unable to draft her motion to seal until this past weekend for "personal and professional reasons," including Plaintiff's "religious observance." Plaintiff may refile the motion if she believes she can meet the Seventh Circuit's exacting standard for the sealing of court filings. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.