UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jane Doe

                    Plaintiff,

v.                                                           Case No.: 1:22–cv–01032

                                                                               Honorable John F. Kness

University Of Chicago, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 16, 2022:

      MINUTE entry before the Honorable John F. Kness: Defendants' motion for an extension [27] is granted. Defendants' motion to dismiss must be filed on or before 7/13/2022. Plaintiff's response must be filed on or before 8/10/2022; but Plaintiff is advised that, in view of her pro se status, the Court will allow a modest extension of that deadline as circumstances may warrant. Plaintiff may not, however, ask for an extension before 7/13/2022. Subject to any future adjustments, Defendants' reply must be filed on or before 8/24/2022. Defendants' opposed motion for leave to file an oversized brief [29] is granted in part. Defendants may file a brief in support of their anticipated motion to dismiss of up to 25 pages. Plaintiff may file a response in opposition of up to 25 pages as well. Defendants' motion [30] to set a briefing schedule on their now–granted motion for excess pages is dismissed as moot. Finally, in the interest of conserving party and court resources, and in view of the anticipated motion to dismiss, fact discovery is stayed pending further Court order. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.