

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Jane Doe

   -against-                                             22-CV-1032

University of Chicago et al

## MOTION TO UNSEAL AND REDACT
## PLAINTIFF'S COMPLAINT EXHIBITS

1. I respectfully ask that this court unseal and redact the exhibits in my complaint based on an *in camera* review of my proposed redactions.

2. The Seventh Circuit held, "…[F]ictitious names are allowed when necessary to protect the privacy of children, rape victims, and other particularly vulnerable parties or witnesses." *Doe v. Blue Cross & Blue Shield United of Wisconsin*, 112 F. 3d 869, 872 (7th Cir. 1997).

3. The Seventh Circuit also held, "The general rule is that the record of a judicial proceeding is public. [internal citations omitted] Not only do such records often concern issues in which the public has an interest, in which event concealing the records disserves the values protected by the free-speech and free-press clauses of the First Amendment, but also the public cannot monitor judicial performance adequately if the records of judicial proceedings are secret. [internal citations omitted] These considerations, however, support a strong presumption rather than an absolute rule. When there is a compelling interest in secrecy, as in the case of trade secrets, the identity of informers, and the privacy of children, portions and in extreme cases the entirety of a trial record can be sealed. [internal citations omitted] The interest in secrecy is weighed against the competing interests case by case. [internal citations omitted]" *Jessup v. Luther*, 277 F. 3d 926, 927-8 (7th Cir. 2002).

4. In the present case, I am a Jane Doe who is a survivor of childhood sexual assault who skipped a grade less than two years after being raped, a matter relevant to this case. I am also a vulnerable party who is poor, has a history of physical and mental illnesses that are stigmatized, and struggles to keep a job. Were my identity revealed, I fear that I would be totally unemployable.

5. I have filed a lawsuit in federal court, and my suit concerns issues that are of public interest. These issues include federal student loans, our system of higher education, and the legal profession, which the public funds or relies on. Based on this, there is a strong public interest in the exhibits.

6. Some of the exhibits contain documents that are publicly available. These include American Bar Association Standards and Defendant University of Chicago's ("University") academic policies. There is no privacy interest in these materials.

7. Other exhibit materials are of public interest but may contain my name or other identifying information. These include

    - itemized lists of federal student loans I borrowed to attend Defendant University;

    - medical records created by Defendant University diagnosing me with mental illness during the time my tumor went undiagnosed;

    - emails Defendant David Zarfes sent Defendants Saul Levmore, Michele Richardson, and Abbie Willard disclosing my tumor or admitting he violated my confidence in doing so;

    - an email Defendant Zarfes sent Defendants Richardson, Michael Schill, and Willard calling me a "problem student" with dubious character and fitness, advocating graduating me anyway, and expressing concern for Defendant University of Chicago Medical Center, the hospital that failed to diagnose my tumor; and

    - my transcript evidencing violations of Defendant University's academic policies, including a copy that was sent to the New York State Board of Law Examiners, a department within the New York State court system that administers the state bar exam.

    I believe privacy and public interests may be balanced through redaction.

8. As I am *pro se* and there are no appointments available this month through the Hibbler Memorial Pro Se Assistance Program, if I have drafted or filed this motion incorrectly, I ask that this court please tell me what mistakes I made and give me the opportunity to fix them.

| | |
|---|---|
| June 16, 2022 | /s/ Jane Doe |
| Dated | Signature |
| | Jane Doe |
| | Grace Station |
| | 229 E 85th St |
| | PO Box 117 |
| | New York, NY 10028 |
| | 646.416.1853 |